STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MORRIS DRUIN, PLAINTIFF IN ERROR.

Submitted February 12, 1926—Decided March 26, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 986.

For the defendant in error, *J. Willard De Yoe.*

For the plaintiff in error, *Wood McKee* and *Weinberger & Weinberger.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance* — TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, GARDNER, VAN BUSKIRK, MCGLENNON, HETFIELD, JJ. 9.

*For reversal* — None.